UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN A. MENZ and JENIFER MENZ, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> NEW HOLLAND NORTH AMERICA, INC., ) <br> FORD MOTOR COMPANY, BANGERT ) <br> TRACTOR SALES, INC., and ) <br> WESTENDORF MANUFACTURING CO., ) <br> INC., ) <br> ) <br> Defendant(s). ) | Case No. 4:03CV1762 JCH |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants New Holland North America, Inc. and Ford Motor Company's Motion for Summary Judgment is **GRANTED**, and Plaintiffs' claims against Defendants New Holland North America and Ford Motor Company are **DISMISSED** with prejudice.

Dated this 9th day of November, 2006.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE